IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-12630-CAG |
| | § | |
| WILLIAM STONE COTTER | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | NO-ASSET REPORT |

## NO-ASSET REPORT

The undersigned trustee reports to the Court that the Section 341 Meeting of Creditors was concluded on October 22, 2009, that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that this report be approved, and that I be discharged from any further duties as trustee.

Respectfully submitted,

*/s/ C. Daniel Roberts*
C. Daniel Roberts
1602 East Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email: droberts@cdrlaw.net

CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

  By my signature above, I hereby certify that on the 23rd day of February, 2010, a true and correct copy of the foregoing document was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

| | |
|---|---|
| William Stone Cotter | Nels C. Hansen |
| 4211 Avenue B | Hansen & Associates, PC |
| Austin, Texas 78751 | 1016 La Posada, Suite 140 |
| DEBTOR | Austin, Texas 78752 |
| | ATTORNEY FOR DEBTOR |

United States Trustee
903 San Jacinto Blvd., Room 230
Austin, Texas 78701

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Case No: 09-12630   CAG   Judge: CRAIG A. GARGOTTA  
Case Name: COTTER, WILLIAM STONE  

Trustee Name: C. DANIEL ROBERTS  
Date Filed (f) or Converted (c): 09/18/09 (f)  
341(a) Meeting Date: 10/22/09  

For Period Ending: 02/23/10  

Claims Bar Date: 03/15/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH AND DEPOSITS | 40.45 | 40.45 | DA | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 1,252.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. BOOKS, ART, COLLECTIONS | 485.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. WEARING APPAREL | 40.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. FIREARMS, SPORTS, PHOTO, ETC. | 325.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. STOCKS, BUSINESS INTERESTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. PUBLISHING CONTRACT | 1.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 2001 NISSAN ALTIMA | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. MACHINERY, FIXTURES, EQUIPMENT | 3,850.00 | 750.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. INVENTORY | 15,035.00 | 4,911.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. CAT | 10.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. INSURANCE CLAIM FOR STOLEN BOOK (u) | Unknown | 0.00 | DA | 0.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $24,538.45        $5,701.45        $0.00        $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/22/10     Current Projected Date of Final Report (TFR): 10/22/10

PFORM1

Ver: 15.06b